FILED
APR 0 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CAUSE NO.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT (BOBBY) R. §
WIGHTMAN-CERVANTES, §
24 W. Lovell Ct. §
Brownsville, Texas 78521
Telephone 956-266-0112      Case: 1:08-cv-00602
    Plaintiff              Assigned To : Lamberth, Royce C.
                              Assign. Date : 4/9/2008
vs.                           Description: Civil Rights-Non. Employ.

SECRETARY MARGARET SPELLINGS §
UNITED STATES DEPARTMENT OF §
EDUCATION, IN HER REPRESENTATIVE §
CAPACITY §
400 Maryland Avenue, SW §
Washington, D.C. 20202 §
    Defendant §   JURY DEMAND

JURY ACTION

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

**PARTIES**

1. Plaintiff, Robert (Bobby) R. Wightman-Cervantes complains of the United States Department of Education and for causes of action would show unto this court as follows:

2. For purposes of admit or deny plaintiff seeks admissions only to paragraphs 4-13.

3. Secretary Margaret Spellings, acting solely in her representative capacity, over the United States Department of Education, while in the course of enforcing federal law and regulations has denied Plaintiff equal protection under the law as guaranteed by the Fifth Amendment to the United States Constitution. Secretary Margaret Spellings may be served at her office at U.S. Department of Education 400 Maryland Avenue, SW

RECEIVED
MAR 28 2008
Clerk, U.S. District and
Bankruptcy Courts

Page 1 of 4

Washington, D.C. 20202

## VENUE AND JURISDICTION

4. The Defendant is a United States government agency and through its regulations acting in violation of the Equal Protection Clause of the United States Constitution, thereby conferring venue and jurisdiction on the Defendant in the United States District Court for the District of Columbia. This Court's Jurisdiction is invoked under 28 U.S.C. § 1331, 1346 Venue is proper under 28 U.S.C. 1391,

## Statement of Facts

4. The United States Department of Education, by and through its regulations has instituted a program for student loan forgiveness for certain individuals who meet both specific requirements as to disability and income levels.

5. The United States Department of Education has agreed that Plaintiff under the program met all requirements as to disability and amount of time disabled.

6. The United Stated Department of Education found that during the first year of plaintiff's qualifying disability he earned more than the poverty level.

7. Under United States Department of Education CFR's plaintiff did not qualify to have his student loans discharged because he earned more than the poverty level during the first year of his qualifying disability.

8. Plaintiff's student loans remain in a permanent state of deferment because of inability to pay.

9. Plaintiff states as to his disability it remains the same as the day he applied for discharge of his student loans and the date his request was denied.

## INJURY AND CONSTITUTIONAL VIOLATION

10.     34 CFR Ch VI § 685.213(c)(1) as currently configured denies equal protection of the law for the discharge of student loans based on income earned on the day of the qualifying disability, with a disproportionate impact on veterans. To put this in focus, if a veteran returning from Iraq with a permanent disability earned one penny over the poverty level on the day of his qualifying disability, he would not be entitled to discharge of his student loans.

11.     The effect of the CFR as outlined in ¶ 10, is to leave the disabled veteran without any way to pay the debt, and the debt growing year after year after year, albeit in a deferred status because of the disability.

12.     The effect of the growing debt causes the disabled veteran to be unable to secure credit because of a debt to income ration which makes the veteran a high risk creditor. This impacts insurance rates, the ability to buy a car (needed to get back and forth to doctor's appointments) a home (leaving the disabled veteran in a permanent state of paying rent and never creating a nest egg via equity which can be used later during their formal retirement years.

13.     The plaintiff is certain that the Secretary will stipulate that Plaintiff has been denied a disability discharge in the past for the reasons stated and will be denied a disability discharge in the future for the same reasons stated.

## TRIAL AND DISPOSITION OF THE CASE

14.     The Secretary of Education should be able to stipulate to the essential facts and to the CFR and as to how it was applied to Plaintiff, and similarly situation disabled veterans. If the Secretary of Education fails to stipulate to the basic facts, this case should be able to

be resolved on a question of law through summary judgment. There should be no reason why the Secretary cannot admit to the facts and then seek summary judgment based on the Department of Education having a legal justification for denying discharge of student loans for otherwise qualifying disabled veterans, based solely on having earned one penny more than the poverty level during the year the veteran's disability became qualifying for discharge of the loans. It will be for the court to simply decide whether or not the attended CFR is a violation of the Equal Protection Clause of the Fifth Amendment to the United States Constitution. Under this approach no discovery is required and the court can proceed to a ruling as a matter of law. To expedite this matter a copy of this lawsuit and documents which may be needed by the Secretary are being forwarded under separate cover to the Secretary and General Counsel.

15. To expedite this process, plaintiff is copying to the Secretary of Education all relevant documents, including an authorization to secure copies of all income tax returns for all years relevant.

WHEREFORE PREMISES CONSIDERED, plaintiff requests declaratory and injunctive relief as to enforcement of Ch VI § 685.213(c)(1). Plaintiff specifically requests that the court declare as unconstitutional CFR Ch VI § 685.213(c)(1) as a violation of his right to equal protection under the law as guaranteed by the Fifth Amendment to the United States Constitution.

Respectfully Submitted,

Robert (Bobby) R. Wightman-Cervantes

*/s/ Robert (Bobby) R. Wightman-Cervantes*
Robert (Bobby)R. Wightman-Cervantes,
24 W. Lovell Ct.
Brownsville, Texas 78521
Office 956.266.0112, E-Mail bobbywc@sbcglobal.net

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

08-602
RCL

### I (a) PLAINTIFFS
Robert (Bobby) R. Wightman-Cervantes

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

### DEFENDANTS
See Margaret Spellings

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR

AT  Case: 1:08-cv-00602
Assigned To : Lamberth, Royce
Assign. Date : 4/9/2008
Description: Civil Rights-Non. Employ.

JURY ACTION

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Immigration
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** 0   Check YES only if demanded in complaint  **JURY DEMAND:** ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 4/9/08    SIGNATURE OF ATTORNEY OF RECORD  NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.