UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT R. WIGHTMAN-CERVANTES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-0602 RCL |
| MARGARET SPELLINGS, Secretary of the U.S. Department of Education, | ) ) ) ) | |
| Defendant. | ) | |

CONSENT MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant moves for a three-day extension of time to answer or otherwise respond to the complaint, i.e., until August 28, 2008. Plaintiff has consented to this motion. The basis for this motion is that undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant was on vacation most of last week and has had to file a dispositive motion today (August 25, 2008) in another case, as well as an answer in another case. This has prevented undersigned counsel from finalizing a dispositive motion in this case in time for filing today. The additional time is, therefore, needed.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
           /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. WIGHTMAN-CERVANTES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, Secretary of )<br>the U.S. Department of Education, )<br>)<br>Defendant. ) | Civil Action No. 08-0602 RCL |

### ORDER

UPON CONSIDERATION of the consent motion by defendant for an extension of time to August 28, 2008, to answer or otherwise respond to the complaint, it is this _____ day of _____, 2008,

ORDERED that defendants shall have to, and including, August 28, 2008, to answer or otherwise respond to the complaint.

                                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for extension of time to answer or otherwise respond to the complaint to be served by first-class mail, postage prepaid, this 25th day of August, 2008, on:

>Mr. Robert P. Wightman-Cervantes
>24 West Lovell Court
>Brownsville, Texas 78521

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201