UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. WIGHTMAN-CERVANTES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, Secretary of )<br>the U.S. Department of Education, )<br>)<br>Defendant. ) | Civil Action No. 08-0602 RCL |

ANSWER

Defendant Margaret Spellings, the Secretary of the United States Department of Education, answers and otherwise responds to plaintiff's complaint as follows:

Paragraph (¶) 1.  This paragraph is plaintiff's characterization of his case, as to which no answer is required.

¶ 2.  This paragraph does not require an answer, since it is plaintiff's instructions as to how to answer the complaint.

¶ 3.  Denied, except that it is admitted that the defendant is the Secretary of the United States Department of Education, that she is being sued in her official capacity, and that she maintains her principal office at the address stated in this paragraph.

¶ 4.  It is denied that the Department of Education has violated the Equal Protection Clause of the Constitution.  The remainder of this paragraph consists of conclusions as to jurisdiction and venue, as to which no answer is requited.

¶ 4 (second paragraph numbered 4 in the complaint).  It is admitted that the Department of Education has a program that provides for student loan forgiveness for individuals who meet

the qualifications set forth in the regulations for forgiveness. The Court is respectfully referred to those regulations, which are the best evidence of their contents: 34 C.F.R. §§ 685.213 and 682.200(b).

¶ 5. Denied, except that it is admitted that plaintiff was initially determined to be eligible for discharge based on total and permanent disability. This was based on a discharge application submitted by plaintiff and dated and signed by his physician on January 4, 2006.

¶ 6. It is admitted that plaintiff was found to have earned more than the poverty level for the year 2003, one of the years within plaintiff's three-year conditional discharge period.

¶ 7. It is admitted that plaintiff did not qualify for a disability discharge of his student loan because he earned more than the poverty level in 2003, a time during which he claimed to have a total and permanent disability.

¶ 8. Denied, except that it is admitted that plaintiff's student loan is currently in deferment for economic hardship.

¶ 9. Defendant lacks knowledge or information sufficient to form a belief about the truth of the averments of this paragraph.

¶¶ 10 and 11. Denied.

¶ 12. This paragraph is plaintiff's speculation of the effect on a disabled veteran from not having his or her student loan debt discharged; a totally and permanently disabled veteran will, however, be able to obtain a discharge of his or her student loan debt under the regulations promulgated by the Department of Education.

¶ 13. This paragraph is plaintiff's speculation as to the position that defendant will take in this case, as to which no answer is required. Defendant states, however, that nothing in the

regulations prevents plaintiff from filing a new application for a disability discharge that covers a period after 2003.

¶ 14.  This paragraph is plaintiff's belief as to how this case should be resolved, as to which no answer is required.

¶ 15.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the averments of this paragraph.

The remaining portion of the complaint is plaintiff's prayer for relief, not allegations of fact, to which no answer is required; but insofar as an answer may be deemed required, defendant denies that plaintiff is entitled to any relief.

Any averment in the complaint not specifically admitted or denied herein is hereby denied.

WHEREFORE, defendant requests this Court to deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, and award defendant the costs of this action.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
           /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530
202.514.7201

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing answer to be served by first-class mail, postage prepaid, this 28th day of August, 2008, on:

>Mr. Robert P. Wightman-Cervantes
>24 West Lovell Court
>Brownsville, Texas 78521

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201